UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOYCE LONEY

      Plaintiff(s),

vs. USAA FEDERAL SAVINGS BANK

      Defendant(s).

Case No.: 1:15-CV-292

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

USAA Federal Savings Bank who is defendant,
(Name of Party)     (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes     (✔) No

2. Does party have any parent corporations?

    (✔) Yes     ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: USAA Capital Corporation (direct parent)
United Services Automobile Association (grandparent)

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes         (✔) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes         (✔) No

If yes, identify entity and nature of interest: _____
_____
_____

| /s/ Reid L. Phillips | April 3, 2015 |
|---|---|
| (Signature) | (Date) |

MDNC (01/03)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed the foregoing document electronically with the Clerk of Court using the CM/ECF system. The undersigned further certifies that a copy of the foregoing document was served on the *pro se* Plaintiff in this action by placing the same in United States Mail, prepaid postage affixed, addressed as follows:

>Joyce Loney
>6068 Haystack Rd
>Dobson, NC 27017

This the 3rd day of April 2015.

>>/s/ Reid L. Phillips
>>Reid L. Phillips