IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOYCE LONEY, )
)
Plaintiff, )
)
v. )                    1:15-CV-292
)
USAA FEDERAL SAVINGS BANK, )
)
Defendant. )

## ORDER

This matter is before the Court on motions by the defendant to confirm the

arbitration award and on numerous motions filed by the plaintiff, Joyce Loney.  The

United States Magistrate Judge recommended that the defendant's motion to confirm the

arbitration award be granted and did not address the other motions pending at the time.

(*See* Doc. 36).  Mr. Loney, who is also the subject of the motion to confirm the

arbitration award and who was appropriately served, (*see* Doc. 36), did not object or file

any other papers related to this matter.  Ms. Loney filed a document identified on the

docket as an objection to the Recommendation, (Doc. 38), but it does not contain any

objections to the recommendation and instead appears to be a restatement of her

dissatisfaction with the arbitration decision and a request for a jury trial.  She also filed

several other paper writings.

After consideration of the record, including all of the plaintiff's filings, the Court

hereby adopts the Magistrate Judge's Recommendation.  The Magistrate Judge accurately

stated the law and correctly applied it to the case before the Court.  None of the

documents filed by the plaintiff address the applicable law and all are frivolous.

It is **ORDERED** that:

1. The defendant's motion to confirm award of arbitrator, (Doc. 24), is

   **GRANTED.**

2. Judgment will be entered concomitantly with this Order.

3. All pending motions filed by the plaintiff are **DENIED** as frivolous.

This the 13th day of July, 2016.

UNITED STATES DISTRICT JUDGE